1

2

3

4

5

6

7

8              UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

| 11 | CHALONER SAINTILLUS, | No.  2:24-cv-00414-SCR P |
|----|----|----|
| 12 | Plaintiff, | |
| 13 | v. | ORDER AND |
| 14 | UNITED STATES OF AMERICA, et al., | FINDINGS AND RECOMMENDATIONS |
| 15 | Defendant. | |
| 16 | | |
| 17 | | |

18         Plaintiff, a state prisoner, initiated this action on February 6, 2024, with a complaint and a

19   motion to proceed in forma pauperis. (ECF Nos. 1, 2.) On June 13, 2024, the court reviewed

20   plaintiff's motion to proceed in forma pauperis and denied the motion to proceed in forma

21   pauperis without prejudice.[1] (ECF No. 9.) The court ordered plaintiff to file a motion to proceed

22   in forma pauperis on the form this court uses for that purpose. (Id.) The Clerk of the Court

23   provided plaintiff with a copy of the form. (See id.)

24         Plaintiff has filed a document styled as "Reservation of Rights under U.C.C./Uniform

25   Commercial Code…" (ECF No. 10) which is not responsive to the court's order dated June 13,

26   _____

27   [1]  The initial motion to proceed in forma pauperis submitted by plaintiff was not on the form used
by this court, was missing the certified statement that must be completed by a prison official, and
had a trust account statement attached that did not cover the appropriate time period. (See ECF

28   No. 2.)

1

1   2024. Plaintiff has not complied with the court's order to submit a proper application to proceed

2   in forma pauperis on this court's form even though the Clerk of the Court provided plaintiff with

3   a copy of the form two months ago. Plaintiff also has not paid the court costs.

4   　　　In order to commence an action, a plaintiff must file a complaint as required by Rule 3 of

5   the Federal Rules of Civil Procedure and must either pay the court costs for a civil action or file

6   an application requesting leave to proceed in forma pauperis. See 28 U.S.C. §§ 1914(a), 1915(a).

7   The court may authorize the commencement of an action "without prepayment of fees or security

8   therefor" by an individual who submits an affidavit evidencing an inability to pay such fees or

9   give security therefor. 28 U.S.C. § 1915(a). Here, plaintiff made an inadequate showing of

10  indigency in the initial motion to proceed in forma pauperis and has not complied with the court's

11  order to submit an application to proceed in forma pauperis on the form used by this court.

12  　　　A district court may impose sanctions, including involuntary dismissal of a plaintiff's case

13  pursuant to Federal Rule of Civil Procedure 41(b), where that plaintiff fails to comply with the

14  court's orders, the Federal Rules of Civil Procedure, or the court's local rules. See Chambers v.

15  NASCO, Inc., 501 U.S. 32, 44 (1991); Hells Canyon Preservation Council v. U.S. Forest Serv.,

16  403 F.3d 683, 689 (9th Cir. 2005); Local Rule 183(a). Because plaintiff has not properly

17  commenced this action and has failed to comply with the court's order to submit an application to

18  proceed in forma pauperis on the form used by this court, the case should be dismissed without

19  prejudice at this time.

20  　　　For the reasons set forth above, IT IS HEREBY ORDERED that the Clerk shall assign a

21  district judge to this case.

22  　　　In addition, IT IS HEREBY RECOMMENDED that this action be dismissed without

23  prejudice.

24  　　　These findings and recommendations are submitted to the United States District Judge

25  assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within 21 days after

26  being served with these findings and recommendations, plaintiff may file written objections with

27  the court. The document should be captioned "Objections to Magistrate Judge's Findings and

28  Recommendations." Plaintiff is advised that failure to file objections within the specified time

2

waives the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

DATED: August 13, 2024

_____
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE

3