UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHALONER SAINTILLUS,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>　　　　　　Defendants. | No.  2:24-cv-00414-DAD-SCR (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING THIS ACTION<br><br>(Doc. No. 12) |

　　　　Plaintiff Choloner Saintillus is a federal[1] prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On June 13, 2024, the court ordered plaintiff to file a completed *in forma pauperis* application in order to proceed with this action.  (Doc. No. 9.)  The court provided plaintiff with thirty days to comply with that order.  (*Id.* at 1.)  Plaintiff did not file a completed application to proceed *in forma pauperis* or pay the required filing fee, and the deadline in which to do so has passed.

/////

---

[1]  Though the assigned magistrate judge refers to plaintiff as a state prisoner in the pending findings and recommendations (Doc. No. 12 at 1), the undersigned notes that plaintiff filed a change of address indicating that his current address is at FCI Coleman Medium, which is a federal correctional institution in Sumterville, Florida (Doc. No. 8).

1

Accordingly, on August 14, 2024, the assigned magistrate judge issued findings and recommendations recommending that this action be dismissed, without prejudice, due to plaintiff's failure to pay the required filing fee and to comply with the court's order. (Doc. No. 12.) The findings and recommendations were served upon plaintiff by mail at plaintiff's most recent address of record and contained notice that any objections thereto were to be filed within twenty-one (21) days after service. (*Id*. at 2–3.) To date, no objections have been filed, and the time in which to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the pending findings and recommendations are supported by the record and proper analysis.

Accordingly:

1. The findings and recommendations issued on August 14, 2024 (Doc. No. 12) are adopted in full;

2. This action is dismissed, without prejudice, due to plaintiff's failure to pay the required filing fee and failure to comply with a court order; and

3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  **September 23, 2024**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

2